IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANIEL JAY FISHER,

    Petitioner,

v.

COREY FHUERE,

    Respondent.

Case No. 6:25-cv-00903-SB

ORDER

**BAGGIO, District Judge:**

Magistrate Judge Beckerman issued a Findings and Recommendation on November 10, 2025, in which she recommends that this Court deny Petitioner's Petition for Writ of Habeas Corpus. F&R 6, ECF No. 12. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Petitioner filed timely objections to the Magistrate Judge's Findings and Recommendation. Pet'r's Obj., ECF No. 14. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo*

1 – ORDER

determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Petitioner's objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings and Recommendation [12]. Accordingly, Petitioner's Petition for Writ of Habeas Corpus [1] is DENIED. In addition, because Petitioner has not made a substantial showing of the denial of a constitutional right, the Court DENIES the issuance of a Certificate of Appealability. *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this 17th day of February, 2026.

*Amy M. Baggio*
AMY M. BAGGIO
United States District Judge

2 – ORDER